

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00068-CR

James Deangelo **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12139A
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed with this court on January 31, 2020. Appellant's counsel filed a motion to withdraw the appeal, which was denied because it contained no signature of Appellant. Counsel notified this court that he would submit a motion to withdraw the appeal with Appellant's signature and asked for a deadline extension in the interim. His request was granted.

The appellate record was completed on September 24, 2020. Appellant's brief was due on October 26, 2020. As of the date of this order, Appellant has not filed a brief or motion for extension of time.

Accordingly, we ORDER Appellant's attorney to either file Appellant's brief or a motion to dismiss this appeal on or before **November 9, 2020**. If nothing is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against Appellant's counsel." TEX. R. APP. P. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.



Michael A. Cruz,
Clerk of Court